**No. 47616.**—Protests 988132–G, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.